UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| STEVEN CONWAY, LORI CONWAY, LORCON, LLC #1, and LORCON, LLC #4,<br><br>        Appellants,<br>v.<br><br>JOHN JEROME PALCZUK and KAREN ELIZABETH PALCZUK,<br><br>        Appellees. | **JUDGMENT**<br>**5:23-cv-501-D** |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court AFFIRMS the bankruptcy court's judgment. The clerk shall close the case.

**This Judgment Filed and Entered on July 24, 2024, and Copies To:**

| | |
|---|---|
| Richard Preston Cook | (via CM/ECF electronic notification) |
| Kathleen M. O'Malley | (via CM/ECF electronic notification) |
| William P. Janvier | (via CM/ECF electronic notification) |

DATE                                          **PETER A. MOORE, JR., CLERK**

July 24, 2024                      By:   /s/ Stephanie Mann

                                                          Deputy Clerk